IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEONTA CARNELL DOUGLAS,<br><br>Defendant. | Case No. 25-CR-30001-SPM |

# ORDER TRANSFERRING RELATED CASE

**McGLYNN, District Judge:**

On January 8, 2025, the above-captioned action was transferred to this District and randomly assigned to the undersigned. This case arises out of the same facts and is closely related to *United States of America v. Keonta Carnell Douglas*, 25-CR-30004-NJR, assigned to Chief District Judge Nancy Rosenstengel. The law of this Circuit provides that related cases filed within the same District Court should be handled by a single District Judge. *See, e.g., Smith v. Check-N-Go of Illinois*, 200 F.3d 511, 513 n.1 (7th Cir. 1999); *Blair v. Equifax Check Services*, 181 F.3d 832, 839 (7th Cir. 1999). While the first filed case ordinarily stays with the first assigned District Judge, after having consulted, the District Judges decided that it is appropriate that Chief Judge Rosenstengel be assigned both cases.

Accordingly, the undersigned **TRANSFERS** the above-captioned case to Chief Judge Rosenstengel. All further pleadings filed herein shall be styled with the suffix -NJR.

**IT IS SO ORDERED.**

**DATED: February 14, 2025**

                                                    **s/ *Stephen P. McGlynn***
                                                    **STEPHEN P. McGLYNN**
                                                    **U.S. District Judge**